# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.

Byron L. Greer II

Case Number: 4:07CR00280-02-SWW

USM 42061-039

**Date of Original Judgment:**   August 25, 2009

**Date of Previous Amended Judgment:** N/A     N/A
*(Use Date of Last Amended Judgment if Any)*     Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of    ☐ the defendant    ☐ the Director of the Bureau of Prisons    **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.
**X** GRANTED and the defendant's previously imposed sentence of imprisonment of
   51 months **is reduced to 41 months.**

Except as provided above, all provisions of the judgment dated August 25, 2009 will remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/17/2014          /s/Susan Webber Wright
                                United States District Judge

Effective Date: November 1, 2015
         *(If different from order date)*